UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR BROOKS,<br><br>        Plaintiff,<br><br>    vs.<br><br>ARRIZOLA, et al.,<br><br>        Defendants. | No. 1:20-cv-00476-NONE-GSA-PC<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS IN FULL<br><br>(Doc. No. 16.)<br><br>ORDER THAT THIS ACTION PROCEED ONLY AGAINST DEFENDANT C/O ARRIZOLA FOR USE OF EXCESSIVE FORCE IN VIOLATION OF THE EIGHTH AMENDMENT, AND DISMISSING ALL OTHER CLAIMS AND DEFENDANTS<br><br>(Doc. No. 1.) |

      Plaintiff Lamar Brooks is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B).

      On September 24, 2021, the assigned magistrate judge issued findings and recommendations, recommending that this action proceed only on plaintiff's excessive force claims against defendant C/O Arrizola, and that all remaining claims and defendants be dismissed from this action based on plaintiff's failure to state a claim.  (Doc. No. 16.)  The pending findings and recommendations were served on plaintiff and contained notice that any objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id*.)  To

1

date, no objections to the findings and recommendations have been filed with the court, and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1. The findings and recommendations issued by the magistrate judge on September 24, 2021 (Doc. No. 16), are adopted in full;
2. This action now proceeds only with plaintiff's claims against defendant C/O Arrizola for use of excessive force in violation of the Eighth Amendment;
3. All remaining claims and defendants are dismissed from this action;
4. Plaintiff's claims for inadequate medical care, improper prison appeals process, cover-up of wrongdoing, and state law claims are dismissed from this action based on Plaintiff's failure to state any claims upon which relief may be granted;
5. Plaintiff's state law claims are dismissed, without prejudice to bringing the claims in state court;
6. Defendants Sergeant Stane and Lieutenant Fitzpatrick are dismissed from this action based on plaintiff's failure to state any claims against them upon which relief may be granted; and
7. This case is referred back to the magistrate judge for further proceedings, including initiation of service of process.

IT IS SO ORDERED.

Dated: **November 1, 2021**

*Dale A. Drozd*
UNITED STATES DISTRICT JUDGE

2