UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMAR BROOKS, | **1:20-cv-00476-JLT-GSA-PC** |
| Plaintiff, | **ORDER REQUIRING PLAINTIFF TO FILE OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANT ARREZOLA'S MOTION FOR SUMMARY JUDGMENT WITHIN THIRTY DAYS** |
| vs. | |
| ARRIZOLA, et al., | |
| Defendants. | **(ECF No. 36.)** |

Lamar Brooks ("Plaintiff") is a state prisoner proceeding *pro se* and *in forma pauperis* with this civil rights action pursuant to 42 U.S.C. § 1983.

On August 17, 2022, Defendant Arrezola filed a motion for summary judgment.  (ECF No. 36.)  Plaintiff was required to file an opposition or a statement of non-opposition to the motion within twenty-one days, but has not done so.  Local Rule 230(*l*).

Accordingly, within **thirty (30) days** from the date of service of this order, Plaintiff must file an opposition or a statement of non-opposition to Defendant's motion for summary judgment. If Plaintiff fails to comply with this order this action may be dismissed, with prejudice, for failure to obey the Court's order and failure to prosecute.

IT IS SO ORDERED.

Dated:   **September 15, 2022**              **/s/ Gary S. Austin**
                                                          UNITED STATES MAGISTRATE JUDGE